# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**KIMBERLY TAYLOR,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration,**

    Defendant.

Civil Action 5:09-CV-146 (HL)

## ORDER

This case is before the Court on two Recommendations from Magistrate Judge Charles H. Weigle. In the first (Doc. 26), he recommends that Plaintiff's Motion for Attorney's Fees Under the Social Security Act (Doc. 21) be granted. In the second (Doc. 27), he recommends that Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. 17) be granted.

No objections to the Recommendations were filed. The Court has reviewed the Recommendations and finds no plain error. Therefore, the Recommendations are accepted and adopted. Attorney's fees are to be paid to Plaintiff and her counsel as outlined in the Recommendations.

**SO ORDERED**, this the 12th day of January, 2012.

                          *s/ Hugh Lawson*
                          **HUGH LAWSON, SENIOR JUDGE**

mbh